## (June 9, 1965)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES R. BOLSTER, Appellant.— MEMORANDUM BY THE COURT. Determination of appeal withheld and case remitted to the Broome County Court for further proceedings consistent with the decision of the Court of Appeals in *People* v. *Huntley* (15 N Y 2d 72). Herlihy, J. P., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.